EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Designación Miembros de la Comisión de Evaluación Judicial | 2018 TSPR 129  200 DPR ____ |
|---|---|

Número del Caso:  EN-2018-3

Fecha: 18 de julio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Designación Miembros de
la Comisión de Evaluación
Judicial

EN-2018-03

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de julio de 2018.

La Regla 4(A) del Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 2018 TSPR 34, dispone sobre la composición de la Comisión de Evaluación Judicial (Comisión). Dicha regla se enmienda para que lea: La Comisión estará compuesta de un presidente o una presidenta y nueve (9) miembros nombrados por el Tribunal Supremo[…].

Al amparo de dicha disposición, se designan a las siguientes personas como miembros de la Comisión en los cargos que se indican a continuación:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Lcdo. Tomás Román Santos
Prof. Glenda Labadie Jackson
Sra. Frances Torruella de Alustiza
Lcda. Beatriz Vázquez de Acarón
Lcdo. Arturo Díaz Angueira
Lcda. Yvonne Feliciano Acevedo
Lcdo. Luis Rosario Villanueva
Lcdo. Carlos Ojeda González
Lcdo. Carlos Santiago Tavárez

Conforme dispone la Regla 4(B) y (C) del Reglamento, los miembros de la Comisión ocuparán sus cargos por un término de tres (3) años o hasta que sus sucesores o sucesoras sean nombrados y tomen posesión del cargo.

Estos nombramientos entrarán en vigor inmediatamente.

El Tribunal Supremo agradece a los miembros de la Comisión que hoy cesan en sus funciones por los años de compromiso y dedicación para con este Tribunal y el Pueblo de Puerto Rico. A los nuevos miembros y aquellos que hoy revalidan en sus cargos, el Tribunal agradece su disposición de servir a la ciudadanía a través de la Comisión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                    Juan Ernesto Dávila Rivera
                                 Secretario del Tribunal Supremo